AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Albert A. Ciarpelli

*Defendant*

Case: 1:21-mj-00038
Assigned to: Judge Robin M. Meriweather
Assigned Date: 1/12/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Albert A. Ciarpelli                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/12/2021

Robin M. Meriweather
2021.01.12 17:16:16
-05'00'

*Issuing officer's signature*

City and state:    Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/12/21, and the person was arrested on *(date)* 1/13/21
at *(city and state)* SYRACUSE, NY.

Date: 1/14/21

*Arresting officer's signature*

HARRISON L. CROW   FBI SA
*Printed name and title*