AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

District of Columbistaict of _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* | ) <br> ) | |
| v. | ) | Case No.   1:21-MJ-00038 |
| ALBERT CIARPELLI <br> *Defendant* | ) <br> ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALBERT CIARPELLI

Date:     MAY 1, 2021

_____
*Attorney's signature*

WILLIAM C. SULLIVAN BAR NO.: NY0406
*Printed name and bar number*
109 SOUTH WARREN STREET, SUITE 400
SYRACUSE, NEW YORK 13202

_____
*Address*

sullivanlaw@mac.com
*E-mail address*

315-476-8144
*Telephone number*

315-476-8146
*FAX number*