UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-mj-38 |
| : | |
| ALBERT CIARPELLI, : | |
| : | |
| Defendant. : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the it is hereby

**ORDERED** that the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act is **GRANTED**; it is further

**ORDERED** that the status conference presently set for November 18, 2021 be continued for good cause to January 4, 2022 at 1 p.m. before Magistrate Judge Harvey; and it is further

**ORDERED** that the time between November 18, 2021 and January 4, 2022 shall be excluded from calculation under the Speedy Trial Act. The time between November 18 and November 20, 2021 is excluded due to the pendency of the motion to continue. With respect to the time between November 20, 2021 and January 4, 2022, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties additional time to provide and review discovery.

Date: November 22, 2021

Robin M. Meriweather
2021.11.22 12:59:10
-05'00'

_____
THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE