UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 21-mj-38 |
| | : |
| ALBERT CIARPELLI, | : |
| | : |
| Defendant. | : |

### ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on August 4, 2022, be continued for good cause to October 4, 2022 at 1:00 PM; and it is further

**ORDERED** that the time between August 4, 2022, and October 4, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and additional time to discuss a potential pretrial resolution.

Robin M. Meriweather
_____
The Honorable Robin M. Meriweather
United States Magistrate Judge