# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 21-mj-38 |
| ALBERT CIARPELLI, | : |
| Defendant. | : |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on November 15, 2022, be continued for good cause to January 3, 2023 at 1:00 PM; and it is further

**ORDERED** that the time between November 15, 2022, and January 3, 2023 __ shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and discuss a potential resolution.

_____
UNITED STATES MAGISTRATE JUDGE