UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:21-mj-00038 (RMM) |
| | : | |
| v. | : | |
| | : | April 11, 2023 |
| ALBERT A. CIARPELLI | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Katherine E. Boyles is entering her appearance in the above-captioned matter as counsel for the United States.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    /s/ Katherine E. Boyles
       Katherine Boyles
       Assistant United States Attorney
       United States Attorney's Office
       601 D Street NW
       Washington, D.C. 20001
       D. Conn. Fed. Bar No. PHV20325
       Katherine.Boyles@usdoj.gov
       Phone: 203-931-5088