# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case no. 21-mj-38 |
| v. | |
| **ALBERT CIARPELLI,** | |
| **Defendant.** | |

## ORDER

This matter having come before the Court pursuant to a Joint Motion to Continue (Dkt. No. 57), and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the hearing scheduled for September 7, 2023, is continued to November 8, 2023, at 2:00 PM before United States Magistrate Judge Robin M. Meriweather; and it is further

ORDERED that the period of time between September 7, 2023, and November 8, 2023, shall be excluded from computing time under the Speedy Trial Act, including the time within which an information or indictment must be filed, because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

**SO ORDERED.**

Washington, D.C.  
September 5, 2023

HONORABLE ZIA M. FARUQUI  
United States Magistrate Judge