UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-mj-38 |
| | : | |
| **ALBERT CIARPELLI,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE AND
## TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, hereby moves this Court to vacate the status conference presently scheduled for November 8, 2023, to continue the matter for **30 days**, and further to exclude the time within which an indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

The government submits that the conditions that existed when the parties have previously moved to continue status conferences still exist. *See, e.g.*, ECF Nos. 10, 13, 14, 20, 23, 49, 53, 55, 57. The parties are in active discussions regarding a potential pretrial resolution, however, a medical emergency for defense counsel has prevented him from being able to meaningfully discuss a potential resolution of the charges with his client.

The parties submit that under these circumstances, the ends of justice to be served by the requested continuance outweigh the interests of the public and the defendant in a speedy trial, and the Court should consequently exclude time under the Speedy Trial Act.

Undersigned counsel has conferred with William Sullivan, Esq., counsel for the defendant,

and Mr. Sullivan informed undersigned counsel that the government may file this as a joint motion.

WHEREFORE, the parties respectfully requests that this Court grant the motion to continue for **30 days**, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088